IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| DOMINICK COSTA, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 4:06-CV-00063 |
| v. | ) | |
| | ) | **ORDER** |
| LINDA S. McMAHON, | ) | |
| Acting Commissioner of Social Security, | ) | By: Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

On October 30, 2006, this Court entered an *Order* [13] referring this case to the Honorable B. Waugh Crigler, United States Magistrate Judge, for proposed findings of fact and a recommended disposition. The Magistrate Judge filed his *Report and Recommendation* [20] on February 12, 2007. That *Report* recommended that I grant the Defendant's request to remand the case for further proceedings. The Plaintiff had no objection. After a careful review of the entire record in this case and no objections having been filed to the Magistrate Judge's *Report* within ten (10) days of its service upon the parties, this Court adopts the Magistrate Judge's *Report* in its entirety. Accordingly, it is this day ADJUDGED and ORDERED as follows:

      1. The *Report and Recommendation* of the United States Magistrate Judge, filed February 12, 2007, shall be, and hereby is, **ADOPTED** in its entirety.

      2. For the reasons stated in the Magistrate Judge's *Report*, the case is hereby **REMANDED** to the Commissioner, and this case is hereby **DISMISSED** from the active docket of this Court.

      3. The clerk is directed to strike this case from the active docket of this Court

and to send certified copies of this *Order* to all counsel of record and to Magistrate Judge B. Waugh Crigler.

ENTERED this 6th day of March, 2007.

s/Jackson L. Kiser
Senior United States District Judge